UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE ROYAL ALICE PROPERTIES,
LLC

CIVIL ACTION

NO. 21-1633

SECTION "R" (3)

## ORDER AND REASONS

On August 26, 2021, Arrowhead Capital Finance, Ltd. ("Arrowhead")
filed a notice of appeal contesting the August 11, 2021 order of the United
States Bankruptcy Court for the Eastern District of Louisiana approving a
final fee application in the underlying proceeding, *In re Royal Alice
Properties, LLC*, 19-bk-12337 (Bankr. E.D. La. 2021).[1] The Bankruptcy Court
has notified this Court that a designation of record was never filed in this
matter.[2] Indeed, there is nothing in the record to suggest Arrowhead has
taken any actions to pursue this appeal in over a year.

Rule 8009 of the Federal Rules of Bankruptcy Procedure requires an
appellant to file a designation of record on appeal within 14 days of filing the
notice of appeal. "Rule 8001(a) gives a district court the authority to dismiss
a bankruptcy appeal for failure to comply with procedural rules." *In re
McDonald*, 327 F. App'x 491, 492 (5th Cir. 2009). Accordingly, a "district

---

[1]    R. Doc. 1.
[2]    R. Doc. 2.

court . . . 'may dismiss a bankruptcy appeal for failure to file a designation of record or statement of issues on appeal.'" *In re Heisler*, No. 22-47, 2022 WL 1027122, at *2 (E.D. La. Apr. 6, 2022) (quoting *Matter of Thompson*, 140 B.R. 979, 982 (N.D. Ill. 1992), *aff'd*, 4 F.3d 997 (7th Cir. 1993)).

For the foregoing reasons, Arrowhead's appeal of the Bankruptcy Court's order is DISMISSED.

New Orleans, Louisiana, this   26th   day of September, 2022.

              SARAH S. VANCE
        UNITED STATES DISTRICT JUDGE